IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| GONZALEZ AYUSO, FRANK MANUEL | CASE NO.: 10-04956-MCF<br>JUDGE: MILDRED CABAN FLORES |
| DEBTOR(S) | (CHAPTER 7) |

### TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on July 13, 2010. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

Claims docket necessary at this time. Yes ____ No ✓. Track No. 29
Exemptions as claimed in Schedule C allowed. Yes ✓ No ____
Creditor(s) Present Yes ____ No ✓.

**Attorney's Information**
Present with Debtor(s) was
✓ Attorney of Record
____ Other: ____
____ Pro-Se - See Certificate

**Debtor to amend within ____ days the following:**
____ A, ____ B, ____ C, ____ D, ____ E, ____ I & J, ____ Other ____
____ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within ____ days:**
✓ Documents on Real Property        ____ Documents on Vehicle
    (Appraisal, Title Search, Mortgage Balance)
    picture

**Trustee further requests that:**
✓ Case be closed as no-asset as of the date of §341(a) meeting.    ✓ Upon receipt of documents.
____ Case be held open for potential asset recovery.
____ Case be **RESET** the §341(a) Meeting
    ____ On the ____ day of ____, 200__, at ____.
    ____ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
        ____ Debtor(s) failed to appear.
        ____ Attorney for Debtor(s) failed to appear.
        ____ Further testimony or material is needed.

____ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
____ Failure to provide complete: ____ Schedules, ____ Statement of Affairs, ____ Mailing Lists,
____ Description of estate assets.
____ Failure of ____ Debtor(s) ____ Counsel to appear at:
        ____ initial ____ subsequent creditor meetings.

Dated: July 13, 2010

_____
WIGBERTO LUGO-MENDER, Trustee